UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-80336-CIV-CANNON/Reinhart

**DR. SHERNETTE ALEXANDER**,

    Plaintiff,

v.

**SCHOOL BOARD OF PALM
BEACH COUNTY, FLORIDA**,

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon the Report ("R&R") of Magistrate Judge Bruce E. Reinhart recommending that Defendant's Bill of Taxable Costs [ECF Nos. 104, 105] be granted in part and denied in part [ECF No. 114]. On September 12, 2021, the Court referred the Bill of Taxable Costs to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation [ECF No. 107]. On December 13, 2021, Judge Reinhart issued the instant R&R, recommending that the proposed taxable costs be granted in part and denied in part [ECF No. 114]. The R&R states that the parties shall file any objections within fourteen days of the date of service of the R&R [ECF No. 114 p. 4]. No party has filed objections.

The Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be correct. The Court therefore agrees with the analysis in the R&R and concludes that the Bill of Taxable Costs should be **GRANTED IN PART AND DENIED IN PART** for the reasons set forth therein.

CASE NO. 20-80336-CIV-CANNON/Reinhart

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 114] is **ACCEPTED**.

2. Defendant's Bill of Taxable Costs [ECF Nos. 104, 105] is **GRANTED IN PART AND DENIED IN PART**.

3. Defendant shall recover $2,246.75 in taxable costs.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 10th day of January 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record