UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-80336-CIV-CANNON/Reinhart

DR. SHERNETTE ALEXANDER,

    Plaintiff,
v.

SCHOOL BOARD OF PALM
BEACH COUNTY, FLORIDA,

    Defendant.
_____/

**ORDER ACCEPTING IN PART MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon the Report and Recommendation issued by Magistrate Judge Bruce Reinhart recommending that Defendant's Motion for Attorneys' Fees and Non-Taxable Costs ("Motion for Fees and Non-Taxable Costs") be denied [ECF No. 115]. On September 12, 2021, the Court referred Defendant's Motion for Attorneys' Fees and Costs to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation [ECF No. 107 (referring ECF No. 103)]. On December 13, 2021, Judge Reinhart issued the instant Report ("R&R"), recommending that the Motion for Fees and Non-Taxable Costs be denied [ECF No. 115]. The R&R states that the parties shall file any objections within fourteen days of the date of service of the R&R [ECF No. 115 pp. 7–8]. No objections have been filed.

The Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be correct to the extent it determines, for purposes of assessing fees under 42 U.S.C. § 2000e–5k, that Plaintiff's

claims under Title VII were not entirely frivolous or groundless. **The Court therefore agrees, consistent with the conclusion in the R&R, that Defendant's Bill of Taxable Costs should be DENIED, but the Court REJECTS the R&R to the extent it draws other conclusions or makes any other suggestions about the nature of Plaintiff's evidence or Defendant's actions.**

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 115] is **ACCEPTED to the limited extent noted in this Order.**

2. Defendant's Bill of Taxable Costs [ECF Nos. 103] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 10th day of January 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record